WENDY M. KRINCEK, Bar No. 6417
AMY L. THOMPSON, Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
athompson@littler.com

*Attorneys for Defendant*
MHM SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVDEEP DHALIWAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MHM SOLUTIONS, LLC, a Foreign Limited Liability Company; STATE OF NEVADA BUREAU OF DISABILITY ADJUDICATION, a Department of the State of Nevada,<br><br>Defendants. | Case No. 2:21-cv-00568-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Plaintiff NAVDEEP DHALIWAL ("Plaintiff") and Defendant MHM SOLUTIONS, LLC ("Defendant") by and through their counsel, hereby stipulate and agree to extend the time for Defendant MHM Solutions, LLC to file a response to the Complaint by two (2) weeks from June 29, 2021, up to and including **July 13, 2021**. This is the second request for an extension of time to respond to the Complaint. The parties make this request as Defendant is continuing to gather information and requires additional time to prepare a response.

///

///

The instant request is made in good faith and not for the purpose of delay.

Dated: June 24, 2021

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

*Attorney for Plaintiff*
NAVDEEP DHALIWAL

Dated: June 24, 2021

Respectfully submitted,

/s/ Amy L. Thompson
WENDY M. KRINCEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
MHM SOLUTIONS, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: June 28, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4842-1549-6944.1 / 108840-1045