AARON D. FORD
 Attorney General
JUDY A. PRUTZMAN (Bar No. 6078)
 Deputy Attorney General
CARRIE L. PARKER (Bar No. 10952)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: jprutzman@ag.nv.gov
      cparker@ag.nv.gov

*Attorneys for Defendant State of*
*Nevada Bureau of Disability Adjudication*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVDEEP DHALIWAL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MHM SOLUTIONS, LLC, a Foreign Limited Liability Company; STATE OF NEVADA BUREAU OF DISABIITY ADJUDICATION, a Department of the State of Nevada,<br><br>    Defendants. | Case No. 2:21-cv-00568-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Defendant, STATE OF NEVADA BUREAU OF DISABILITY ADJUDICATION (hereinafter "BDA"), and Plaintiff, NAVDEEP DHALIWAL, pursuant to LR IA 6-1, LR IA 6-2, by and through their counsel, hereby stipulate and agree to extend the time for Defendant BDA to file a response to the Complaint (ECF No. 1) by three (3) weeks from July 1, 2021, up to and including Thursday, July 22, 2021. The parties make this request because Defendant BDA requires additional time to prepare its response.

/ / /

/ / /

This request is made in good faith and not for the purpose of delay.

DATED this 29th day of June 2021.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | HATFIELD & ASSOCIATES, LTD. |
| By */s/ Judy A. Prutzman*<br>JUDY A. PRUTZMAN, ESQ.<br>Deputy Attorney General<br>Nevada Bar No. 6078<br>CARRIE L. PARKER<br>Deputy Attorney General<br>Nevada Bar No. 10952<br>*Attorney for Defendant BDA* | By */s/ Trevor J. Hatfield, Esq.*<br>TREVOR J. HATFIELD, ESQ.<br>Nevada Bar No. 7373<br>703 South Eighth Street<br>Las Vegas, NV 89101<br>Tel: (702) 388-4469<br>Email: thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated: July 2, 2021.

_____
UNITED STATES MAGISTRATE JUDGE