AARON D. FORD
 Attorney General
JUDY A. PRUTZMAN (Bar No. 6078)
 Deputy Attorney General
CARRIE L. PARKER (Bar No. 10952)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: jprutzman@ag.nv.gov
         cparker@ag.nv.gov

*Attorneys for Defendant State of
Nevada Bureau of Disability Adjudication*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVDEEP DHALIWAL, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>MHM SOLUTIONS, LLC, a Foreign Limited Liability Company; STATE OF NEVADA BUREAU OF DISABIITY ADJUDICATION, a Department of the State of Nevada,<br><br>           Defendants. | Case No.  2:21-cv-00568-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Defendant, STATE OF NEVADA BUREAU OF DISABILITY ADJUDICATION (hereinafter "BDA"), and Plaintiff, NAVDEEP DHALIWAL, pursuant to LR IA 6-1, LR IA 6-2, by and through their counsel, hereby stipulate and agree to extend the time for Defendant BDA to file a response to the Complaint (ECF No. 1) by two (2) weeks from July 22, 2021, up to and including Thursday, August 5, 2021.

This is the second such extension sought by BDA. This extension is needed because Defendant needs additional time to adequately and accurately prepare its response after Defendant MHM Solutions, LLC ("MHM") recently filed its Partial Motion to Dismiss

Plaintiff's Complaint (ECF No. 14) and because BDA awaits approval by MHM of a proposed stipulation to stay certain claims presented in the Complaint.

    This request is made in good faith and not for the purpose of delay.

DATED this 15th day of July 2021.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | HATFIELD & ASSOCIATES, LTD. |
| By */s/ Judy A. Prutzman*<br>   JUDY A. PRUTZMAN, ESQ.<br>   Deputy Attorney General<br>   Nevada Bar No. 6078<br>   CARRIE L. PARKER<br>   Deputy Attorney General<br>   Nevada Bar No. 10952<br>*Attorneys for Defendant State of Nevada Bureau of Disability Adjudication* | By */s/ Trevor J. Hatfield, Esq.*<br>   TREVOR J. HATFIELD, ESQ.<br>   Nevada Bar No. 7373<br>   703 South Eighth Street<br>   Las Vegas, NV 89101<br>   Tel: (702) 388-4469<br>   Email: thatfield@hatfieldlawassociates.com<br>*Attorney for Plaintiff* |

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: 7-19-2021

_____
UNITED STATES MAGISTRATE JUDGE