TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVDEEP DHALIWAL, an individual; | CASE NO: 2:21-cv-00568-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT MHM SOLUTIONS, LLC'S PARTIAL MOTION TO DISMISS** (First Request) |
| NEVADA BUREAU OF DISABILITY ADJUDICATION, a Department of the State of Nevada; MHM SOLUTIONS, LLC, a Foreign Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff NAVDEEP DHALIWAL (hereinafter, "Plaintiff"), by and through his counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant MHM SOLUTIONS, LLC. ("Defendant MHM") by and through its counsel, Amy L. Thompson, Esq., of the law firm of Littler Mendelson, P.C., hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant MHM's Partial Motion to Dismiss (ECF #14). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and is the Plaintiff's first request for an extension of time for Plaintiff to respond to Defendant MHM's Partial Motion to Dismiss.

Good cause exists for this extension, as Plaintiff's counsel will be out of town on vacation.

///

1

1    Accordingly, Plaintiff shall have up to and including August 9, 2021, to respond to

2  Defendant MHM's Partial Motion to Dismiss (ECF #14). Defendant MHM's reply to Plaintiff's

3  response will be extended to August 19, 2021.

4  Dated this 26th day of July, 2021          Dated this 26th day of July, 2021

5
6  **HATFIELD & ASSOCIATES**          **LITTLER MENDELSON, P.C.**

7      */s/ Trevor J. Hatfield*              */s/ Amy L. Thompson*
   By:_____       By:_____
8    Trevor J. Hatfield, Esq. (SBN 7373)      Patrick H. Hicks, Esq. (SBN 4632)
     703 S. Eighth Street                 Amy L. Thompson, Esq. (SBN 11907)
9    Las Vegas, Nevada 89101              3960 Howard Hughes Parkway, Suite 300
     Tel:  (702) 388-4469                 Las Vegas, Nevada 89169-5937
10   Email: thatfield@hatfieldlawassociates.com    Tel.:  (702) 862-8800
     *Attorney for Plaintiff*              Email:  phicks@littler.com
11                                        Email:  athompson@littler.com
                                          *Attorneys for Defendant MHM Solutions, LLC*
12

13

14

15

16                                 **IT IS SO ORDERED.**

17                                 Dated this _26_ day of July, 2021

18

19

20                                 _____
                                   Gloria M. Navarro, District Judge
21                                 UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

1    ///

2    ///

3    ///

4    ///

5

6    judges of the Court to evaluate possible disqualification or recusal.

7    Dated this 13th day of April 2021.                    **HATFIELD & ASSOCIATES, LTD.**

8

9                                                          By:  /s/ *Trevor J. Hatfield*
                                                            Trevor J. Hatfield, Esq. (SBN 7373)
10                                                          703 South Eighth Street
                                                            Las Vegas, Nevada 89101
11                                                          (702) 388-4469 Tel.
                                                            Email:  thatfield@hatfieldlawassociates.com
12                                                          *Attorney for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3