UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NAVDEEP DHALIWAL,   )   CASE NO. 2:21-CV-00568-GMN-BNW
                    )
       Plaintiff,   )
                    )
    vs.             )
                    )
MHM SOLUTIONS, ET AL.,  )   **ORDER TEMPORARILY**
                    )   **UNSEALING NOTES**
       Defendants.  )
_____)

On October 29, 2021, Paige Christian, Transcriber, received a Transcript Order form requesting a transcript of the settlement conference held on October 27, 2021, from Amy L. Thompson, Esq., and Judy A. Phultzman, Esq., in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Amy L. Thompson, Esq., and Judy A. Phultzman, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

1     DATED this __1st__ day of __November__, 2021.

2

3

4     *[signature]*

5     Elayna J. Youchah, U.S. Magistrate Judge