AARON D. FORD
 Attorney General
JUDY A. PRUTZMAN (Bar No. 6078)
 Deputy Attorney General
CARRIE L. PARKER (Bar No. 10952)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: jprutzman@ag.nv.gov
         cparker@ag.nv.gov

*Attorneys for Defendant State of
Nevada Bureau of Disability Adjudication*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAVDEEP DHALIWAL, an individual, | Case No. 2:21-cv-00568-GMN-BNW |
| Plaintiff, | |
| vs. | **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| MHM SOLUTIONS, LLC, a Foreign Limited Liability Company; STATE OF NEVADA BUREAU OF DISABIITY ADJUDICATION, a Department of the State of Nevada, | |
| Defendants. | |

Defendant, State of Nevada Bureau of Disability Adjudication (hereinafter "BDA"), by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, Judy A. Prutzman, Deputy Attorney General, and Carrie L. Parker, Deputy Attorney General, hereby respectfully request that the Court extend the time for Defendant to file a response to Plaintiff's Second Amended Complaint ("SAC") (ECF No. 27). Pursuant to a Stipulation and Order (ECF No. 34) entered on October 4, 2021, responses to the SAC are due on or before November 16, 2021. This Motion is made and based upon LR-IA 6-1, the Memorandum of Points and Authorities set forth below, and all papers and pleadings on file herein.

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

On July 16, 2021, this case was assigned to the Early Neutral Evaluation ("ENE") Program and Magistrate Judge Elayna J. Youchah was assigned to the case as the settlement judge. ECF. No. 18. On October 5, 2021, the parties engaged in an ENE Conference and a settlement was reached. ECF No. 36. The essential terms of the confidential settlement were read into the sealed record and Magistrate Judge Youchah canvassed the parties. *Id.* The parties were provided a deadline of January 3, 2022, to file a Stipulation of Dismissal and Proposed Order and a telephonic status conference was set for October 27, 2021. *Id.* Subsequently, on October 19, 2021, Plaintiff's counsel filed a Motion to Withdraw as Counsel for Plaintiff, in which he stated the following:

> Counsel believes he has a conflict with Plaintiff. Plaintiff settled his case with Defendants on the record at an Early Neutral Evaluation on October 5, 2021, but Plaintiff declines to sign the proposed settlement documents to formally resolve this case. Counsel disagrees with the reasons stated by Plaintiff and this course of conduct and believes that he cannot represent Plaintiff further. Counsel has communicated with Plaintiff an intent to withdraw unless Plaintiff disabuses this course of conduct but Plaintiff declines to do so.

ECF No. 38.

On October 27, 2021, all parties appeared before Magistrate Judge Youchah regarding settlement of this case and the Motion to Withdraw. *See* ECF No. 42. The Court granted the Motion to Withdraw and advised that Defendants proceed to enforce the settlement as discussed in open court. *Id.*

This is the first such extension sought by BDA. This extension is needed because BDA intend to file a motion to enforce settlement as soon as it obtains transcripts from the proceedings on October 5, 2021, and October 27, 2021. The outcome of BDA's request to enforce settlement may eliminate the need for submitting a response to the SAC. If BDA is not successful in its effort to enforce settlement of this matter, BDA requests that it have until 30 days after the Court's decision on enforcement to file its response to the SAC.

/ / /

1  This request is made in good faith and not for the purpose of delay.

2  DATED this 10th day of November 2021.

3                  AARON D. FORD
                Attorney General

By */s/ Judy A. Prutzman*
   JUDY A. PRUTZMAN, ESQ.
   Deputy Attorney General
   Nevada Bar No. 6078
   CARRIE L. PARKER
   Deputy Attorney General
   Nevada Bar No. 10952

*Attorney for Defendant State of*
*Nevada Bureau of Disability Adjudication*

## Order

Good cause appearing, IT IS ORDERED that ECF No. 46 is GRANTED. IT IS FURTHER ORDERED that Defendants' response to Plaintiff's Second Amended Complaint is due 30 days after this Court's decision on their motion to enforce settlement, unless the settlement is enforced.

**IT IS SO ORDERED**

**DATED:** 8:50 am, November 12, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the State of Nevada, Office of the Attorney General, and that on November 10, 2021, she filed and served the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the United States District Court using the CM/ECF Electronic Filing System. The following parties will be notified by the Court's notification system or by courtesy email and/or U.S. Postal Service.

Navdeep Dhaliwal
2316 Alpine Pointe Lane
Las Vegas, NV  89134
ndhaliwal@gmail.com

Amy L. Thompson
athompson@littler.com

Wendy M. Krincek
wkrincek@littler.com

 */s/ Ginny Brownell*
Ginny Brownell, An employee of the
Office of the Attorney General