Navdeep S Dhaliwal
Po box: 371727
Las Vegas, NV 89137

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA

NAVDEEEP DHALIWAL, an individual,

Plaintiff,

vs.

MHM Solutions, LLC, a foreign limited liability company; State of Nevada Bureau of Disability Adjudication, a Department of the State of Nevada,

Defendants.

Case No. 2:21-cv-00568-GMN-BNW

PLAINTIFF NAVDEEP DHALIWAL MOTION REQUESTING TIME EXTENSION

I have filed a whistle blower complaint with Attorney General of Nevada Office and I am hoping and waiting for any possible assistance. As I have no legal representation at this time, I am filling a motion to request extension and that some additional time be provided to me on this case. I am requesting extension for 8 wks (Jan 24th, 2022)

Dated: November 29th, 2021

Navdeep Dhaliwal

The following parties will be notified with email:

Amy L. Thompson
athompson@littler.com

Judy Prutzman
jprutzman@ag.nv.gov

**Order**

IT IS ORDERED that ECF No. 52 is GRANTED in part and DENIED in part. Because Plaintiff is *pro se*, the Court finds good cause to grant him a short extension of time to file a response to Defendants' motions to enforce the settlement (ECF Nos. 49, 51). Plaintiff will have until December 23, 2021 to file responses to these motions. Should he wish to retain counsel, he must do so soon so as to meet that deadline.

IT IS SO ORDERED
DATED: 2:12 pm, November 30, 2021

**BRENDA WEKSLER**
UNITED STATES MAGISTRATE JUDGE