WENDY M. KRINCEK, Bar No. 6417
AMY L. THOMPSON, Bar No. 11907
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
athompson@littler.com

*Attorneys for Defendant*
MHM SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NAVDEEP DHALIWAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MHM SOLUTIONS, LLC, a Foreign Limited Liability Company; STATE OF NEVADA BUREAU OF DISABILITY ADJUDICATION, a Department of the State of Nevada,<br><br>Defendants. | Case No. 2:21-cv-00568-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant, MHM SOLUTIONS, LLC ("MHM"), by and through its counsel of record, and *pro se* Plaintiff NAVDEEP DHALIWAL, hereby stipulate and respectfully request an order dismissing all claims against MHM with prejudice.

/ / /

/ / /

/ / /

/ / /

1

4853-8839-7617.1 / 108840-1045

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

| October 3, 2022 | October 3, 2022 |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Navdeep Dhaliwal | /s/ Amy L. Thompson, Esq. |
| NAVDEEP DHALIWAL | WENDY M. KRINCEK, ESQ. |
|  | AMY L. THOMPSON, ESQ. |
| Pro Se Plaintiff | LITTLER MENDELSON, P.C. |
|  | *Attorneys for Defendant* |
|  | MHM SOLUTIONS, LLC |

**ORDER**

**IT IS SO ORDERED.**

Dated this __3__ day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

4853-8839-7617.1 / 108840-1045